IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


ALEJANDRO D. BENABE-RIVERA,

      Appellant,

v.                                   Case No.  5D15-3395

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 8, 2016

3.800 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Alejandro D. Benabe-Rivera,
Wewahitchka, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Lori N. Hagan,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.  *See Thompson v. State*, 636 So. 2d 599 (Fla. 5th DCA 1994).


ORFINGER, BERGER, and LAMBERT, JJ., concur.